# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| RE: Shonna D. Keys | } | Case No: 19-62256 |
| | } | |
| | } | Chapter 13 |
| | } | |
| Debtor | } | Judge Russ Kendig |
| | } | |
| | } | **AGREED ORDER MODIFYING** |
| | } | **AUTOMATIC STAY TO ALLOW** |
| | } | **PURSUIT OF DIVORCE** |
| | } | **PROCEEDINGS IN STATE COURT** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court based on the Debtor's Motion for Relief from Stay ("Motion") filed by Debtor Shonna D, Keys on September 13, 2022.

Debtor has alleged that good cause for granting the Motion exists. That Debtor is represented by counsel in the proceedings, Debtor's spouse in not represented by counsel and all necessary parties have been served with the Motion and all parties have agreed to the relief.

Therefore, it is hereby ordered that the Motion is granted. The automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to the Debtor to pursue divorce proceedings in Stark County Ohio Court.

**IT IS SO ORDERED**

# # #

Submitted and Approved By:

 /s/ Maurice E. Graham
Maurice E. Graham (0072205)
Graham & Associates Law Offices, LLC
333 S. Main Street, Suite 601
Akron, OH  44308
(330) 253-6264
(330) 253-6265 fax
grahamlawoffices1@att.net

Dynele Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue N, Suite 30
Canton, OH 44702
Telephone: 330.455.222
Facsimile: 330.754.6133
DLSK@Chapter13Canton.com

 /s/ Shonna D. Keys (Horn)
Shonna D. Keys (Horn), Debtor

 /s/ Rebecca Sremack
Rebecca Sremack, Attorney for Shonna Keys

 /s/ Stephen Horn
Stephen Horn (Spouse), ProSe

**List of Parties to be Served:**

Dynele Schinker-Kuharich on behalf of the Chapter 13 Trustee's office at [DLSK@Chapter13Canton.com](mailto:DLSK@Chapter13Canton.com) and [dschinkerkuharich@ecf.epiqsystems.com](mailto:dschinkerkuharich@ecf.epiqsystems.com)

Office of the U.S. Trustee at USTP.Region09@usdoj.gov

Shonna Keys (Horn), 1425 Plain Avenue, NE, Canton, OH  44714

Stephen Horn, 411 Hamilton Ave. NE, Canton, OH 44704

Rebecca Sremack, Attorney for Shonna Keys (Horn), 2745 South Arlington, Akron, OH 44312