The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



**Russ Kendig**
**United States Bankruptcy Judge**

**Dated: 11:51 AM September 16, 2022**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| RE:    Shonna D. Keys | } | Case No: 19-62256 |
| | } | |
| | } | Chapter 13 |
| | } | |
| Debtor | } | Judge Russ Kendig |
| | } | |
| | } | **AGREED ORDER MODIFYING** |
| | } | **AUTOMATIC STAY TO ALLOW** |
| | } | **PURSUIT OF DIVORCE** |
| | } | **PROCEEDINGS IN STATE COURT** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court based on the Debtor's Motion for Relief from Stay ("Motion") filed by Debtor Shonna D, Keys on September 15, 2022.

Debtor has alleged that good cause for granting the Motion exists. That Debtor is represented by counsel in the proceedings, Debtor's spouse in not represented by counsel and all necessary parties have been served with the Motion and all parties have agreed to the relief.

Therefore, it is hereby ordered that the Motion is granted.  The automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to the Debtor to pursue divorce proceedings in Stark County Ohio Court.

**IT IS SO ORDERED**

# # #

Submitted and Approved By:

| | |
|---|---|
| /s/ Maurice E. Graham | /s/ A. Michelle Jackson Limas |
| Maurice E. Graham (0072205) | Dynele Schinker-Kuharich (0069389) |
| Graham & Associates Law Offices, LLC | Chapter 13 Trustee |
| 333 S. Main Street, Suite 601 | A. Michelle Jackson Limas (074750) |
| Akron, OH    44308 | Staff Counsel to the Chapter 13 Trustee |
| (330) 253-6264 | 200 Market Avenue N, Suite 30 |
| (330) 253-6265 fax | Canton, OH 44702 |
| grahamlawoffices1@att.net | Telephone: 330.455.222 |
| | Facsimile: 330.754.6133 |
| | DLSK@Chapter13Canton.com |

| | |
|---|---|
| /s/ Shonna D. Keys (Horn) | /s/ Rebecca Sremack |
| Shonna D. Keys (Horn), Debtor | Rebecca Sremack, Attorney for Shonna Keys |

/s/ Stephen Horn
Stephen Horn (Spouse), ProSe

**List of Parties to be Served:**

Dynele Schinker-Kuharich on behalf of the Chapter 13 Trustee's office at [DLSK@Chapter13Canton.com](mailto:DLSK@Chapter13Canton.com) and [dschinkerkuharich@ecf.epiqsystems.com](mailto:dschinkerkuharich@ecf.epiqsystems.com)

Office of the U.S. Trustee at USTP.Region09@usdoj.gov

Shonna Keys (Horn), 1425 Plain Avenue, NE, Canton, OH 44714

Stephen Horn, 411 Hamilton Ave. NE, Canton, OH 44704

Rebecca Sremack, Attorney for Shonna Keys (Horn), 2745 South Arlington, Akron, OH 44312